```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr179-3 (DLC)
                                         :
         -v-                             :    ORDER
                                         :
MARYLYNN PENEUETA,                       :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A change of plea is scheduled to occur on **March 31, 2021** at **2:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **March 29, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:  New York, New York
        March 25, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge