UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr179-3 (DLC)
     -v-                                 :
                                         :    ORDER
MARYLYNN PENEUETA,                       :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   It is hereby

   ORDERED that the defendant shall surrender for service of sentence by August 13, 2021 at 2:00 PM to the designated BOP facility or to the United States Marshals at 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          July 1, 2021

                                        _____
                                              DENISE COTE
                                        United States District Judge